# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MARLAND PURVIS, ,<br><br>　　　　Petitioner,<br><br>　v.<br><br>SCOTT M. KERNAN, Warden, et al.,<br><br>　　　　Respondent. | No. CV 06-5137-DDP (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: September 21, 2009

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE